## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Magistrate No. 20MJ3148-DEB |
|---|---|
| v. | ORDER REGARDING DETENTION PENDING TRIAL AND SENTENCING |
| GREY ZAMUDIO, | |
| Defendant. | |

In accordance with Section 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on August 6, 2020, to determine whether the defendant, GREY ZAMUDIO, should be held in custody pending trial and, if convicted, sentencing on the above-captioned matter. Assistant United States Attorney John N. Parmley appeared on behalf of the United States, and attorney Leila W. Morgan of Federal Defenders of San Diego, Inc. appeared on behalf of the defendant.

I

FINDING AND CONCLUSION REGARDING DETENTION

At the hearing, the Government moved to detain the defendant without bail based on danger to the community. The Court found that the Government the Government established, by clear and convincing evidence, that the defendant was a danger to the community and, consequently, should be detained. The Court ordered that the defendant be detained pending trial, and if convicted, sentencing in these matters, without prejudice or waiver of the defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

II

ORDER

IT IS HEREBY ORDERED that the defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the defendant to the

United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of his right to bail, and a detention hearing at a future date.

SO ORDERED.

DATED: 8/7/2020

*Daniel E. Butcher*
HONORABLE DANIEL E. BUTCHER
United States Magistrate Judge

Prepared by:

/s/ *Timothy F. Salel*
TIMOTHY F. SALEL
Assistant U.S. Attorney

3