UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GREY THADEOUS ZAMUDIO,<br><br>　　　　Defendant. | Case No. __'20 CR2451 WQH__<br><br>I N D I C T M E N T<br><br>Title 26, U.S.C., Secs. 5861(d), 5845(a)(3), 5845(a)(7), and 5871 – Receipt and Possession of Firearms in Violation of the National Firearms Registration and Transfer Act; Title 26, U.S.C., Sec. 5872 and Title 28, U.S.C., Sec. 2461(c)- Criminal Forfeiture |

　　The grand jury charges:

### Count 1

　　On or about August 1, 2020, within the Southern District of California, defendant GREY THADEOUS ZAMUDIO, knowingly received and possessed a firearm, to wit: a rifle having a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d), 5845(a)(3), and 5871.

//
//
//

TFS:nlv:San Diego
8/14/20

Count 2

On or about August 1, 2020, within the Southern District of California, defendant GREY THADEOUS ZAMUDIO, knowingly received and possessed a firearm, to wit: a silencer, as defined in Title 21, United States Code, Section 921(a)(24), not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d), 5845(a)(7), and 5871.

Count 3

On or about August 1, 2020, within the Southern District of California, defendant GREY THADEOUS ZAMUDIO, knowingly received and possessed a firearm, to wit: a silencer, as defined in Title 21, United States Code, Section 921(a)(24), not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d), 5845(a)(7), and 5871.

CRIMINAL FORFEITURE

1. The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of seeking forfeiture to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Counts 1 through 3 alleging violations of Title 26, United States Code, Sections 5845(a)(3), 5845(a)(7), 5861(d), and 5871, defendant GREY THADEOUS ZAMUDIO shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offenses, including, but not limited to two silencers and one rifle, having a barrel of less than 16 inches in length.

3. If any of the property described above, as a result of any act or omission of the defendant GREY THADEOUS ZAMUDIO,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

DATED: August 12, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JOHN N. PARMLEY
Assistant U.S. Attorney