ROBERT S. BREWER, JR.
United States Attorney
TIMOTHY F. SALEL
Assistant United States Attorney
California Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone No. (619) 546-8055
E-mail: Timothy.Salel@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr2451-WQH |
|---|---|
| Plaintiff, | MOTION OF THE UNITED STATES FOR ISSUANCE OF A PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| GREY ZAMUDIO, | |
| Defendant. | |

COMES NOW Plaintiff, the United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and respectfully submits the United States Government's Motion for Issuance of a Preliminary Order of Criminal Forfeiture. In support thereof, the United States sets forth the following:

1. On or about August 14, 2020, an Indictment was returned against the above-named Defendant, GREY ZAMUDIO ("Defendant"). Count 1 of the Indictment charged that the Defendant knowingly received and possessed a firearm not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d), 5845(a)(3), 5845(a)(7), and 5871, and alleged criminal forfeiture pursuant to 26 U.S.C. § 5872, and 28 § 2461 (c).

2. On December 1, 2020, the Defendant pled guilty before Magistrate Judge Andrew G. Schopler to Count 1 of the Indictment, consented to the forfeiture

allegations of the Indictment, and agreed to forfeit all rights, title, and interest in the unregistered short-barrel rifle and two silencers that were seized by agents on August 1, 2020, which Defendant admitted were properties involved in the offense to which he entered his guilty plea, and forfeitable pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c). On December 21, 2020, this Court accepted the guilty plea of Defendant.

3. The Court's jurisdiction in this matter is founded upon 26 U.S.C. § 5872, which provides, with respect to any person convicted of 26 U.S.C. §§ 5861(d), 5845(a)(3), 5845(a)(7), and 5871:

**(a) LAWS APPLICABLE**

Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture, and (except as provided in subsection (b)) all the provisions of internal revenue laws relating to searches, seizures, and forfeitures of unstamped articles are extended to and made to apply to the articles taxed under this chapter, and the persons to whom this chapter applies.

4. Rule 32.2(b)(2), Federal Rules of Criminal Procedure, provides as follows:

(2) Preliminary Order.

(A) *Contents of a Specific Order.* If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment, directing the forfeiture of specific property, and directing the forfeiture of any substitute property if the government has met the statutory criteria. The court must enter the order without regard to any third party's interest in the property. Determining whether a third party has such an interest must be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

Pursuant to Rule 32.2(b)(3), the Court is further authorized to enter the requested Order of Criminal Forfeiture after conviction but prior to sentencing.

5. According to the pertinent statutes, the Court is requested to enter an order of forfeiture in favor of the United States of the Defendant's interest in the assets described above, which are properties involved in the violation of 26 U.S.C. §§ 5861(d), 5845(a)(3), 5845(a)(7), and 5871.

6. Pursuant to Rule 32.2(b), the United States requests the authority to take custody of the following properties which were found forfeitable by the Court. The properties are particularly described as:

- Olympic Arms Inc(SGW Enterprises & Safari Arms) MFR Rifle CAL:223 SN: WZ1613
- Suspected Silencer bearing no manufacturer's markings or serial number; tan in color with nylon sleeve MODEL: Unknown, CAL: Unknown, SN: Unknown
- Suspected Silencer bearing no manufacturer's markings or serial number; black in color, MODEL: Unknown, CAL: Unknown, SN: Unknown

7. The United States further requests pursuant to Rule 32.2(b)(3) and (c) that the Court enter an order to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

8. Upon the issuance of a Preliminary Order of Criminal Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the above-described properties and will publish notice on the Government's forfeiture website, www.forfeiture.gov, of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

9. By virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense.

10. The guilty plea of the Defendant provides a factual basis for the forfeiture of the above-referenced assets.

11. The United States has submitted the text of this Motion and Order to the Defendant, through his attorney of record, to review as to the timing and form of the order. To date, no objection to the Motion and Order has been received.

//
//

WHEREFORE, the United States respectfully requests:

1. That this Court enter the proposed Preliminary Order of Criminal Forfeiture, forfeiting to the United States of America all right, title and interest of Defendant GREY ZAMUDIO, in

- Olympic Arms Inc(SGW Enterprises & Safari Arms) MFR Rifle CAL:223 SN: WZ1613
- Suspected Silencer bearing no manufacturer's markings or serial number; tan in color with nylon sleeve MODEL: Unknown, CAL: Unknown, SN: Unknown
- Suspected Silencer bearing no manufacturer's markings or serial number; black in color, MODEL: Unknown, CAL: Unknown, SN: Unknown,

and ordering U.S. Alcohol, Tobacco, Firearms and Explosives to take custody of the properties forthwith and maintain them in its secure custody and control pending ancillary proceedings, which will resolve the interest of any third parties claiming an interest in the properties; and

2. That pursuant to Rule 32.2(b)(4), the Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and be part of the sentence and included in the judgment.

DATED: January 13, 2021.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/ Timothy F. Salel
TIMOTHY F. SALEL
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America