RANDY S. GROSSMAN
Acting United States Attorney
JONATHAN I. SHAPIRO
Assistant U.S. Attorney
California Bar No. 268954
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel. No.: (619) 546-8225
Email: jonathan.shapiro@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREY ZAMUDIO, <br><br> Defendant. | Case No. 20cr2451-WQH <br><br> Date: June 2, 2021 <br> Time: 9:00 a.m. <br><br> **THE UNITED STATES' SENTENCING SUMMARY CHART** |

The Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Jonathan I. Shapiro, Assistant U.S. Attorney, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: May 26, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

s/*Jonathan I. Shapiro*
JONATHAN I. SHAPIRO
Assistant United States Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: June 2, 2021

USPO [☐]
AUSA [☒]
DEF [☐]

Defendant's Name: Grey Zamudio
Docket No.: 20cr2451-WQH
Attorney's Name: Jonathan I. Shapiro
Phone No.: (619) 546-8225
Guideline Manual Used: November 1, 2018
Agree with USPO Calc.: Yes ☐ No ☒

Base Offense Level: [USSG § 2K2.1(a)(5) – 1 short-barrel rifle and 2 silencers]  18

Specific Offense Characteristics:

USSG § 2K2.1(b)(1)(A)– 3 firearms  +2

Victim Related Adjustment: ____

Adjustment for Role in the Offense: ____

Adjusted Offense Level: ____

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.  20

Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)]  -3

Total Offense Level: 17

Criminal History Score: 0

Criminal History Category: I

____ Career Offender   ____ Armed Career Criminal

Guideline Range:  from 24 mths
(Range limited by: ____ minimum mand.  ____ statutory maximum)  to 30 mths

Departures:

(1) combination of circumstances – USSG § 5K2.0   -2

Resulting Guideline Range: Adjusted Offense Level 15   from 18 mths
to 24 mths

RECOMMENDATION:  24 months in custody, 3 years supervised release (concurrent)