**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for
GREY ZAMUDIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREY ZAMUDIO,<br><br>　　　　　　　Defendant. | CASE NO.: 20CR2451-WQH<br><br>Hon. William Q. Hayes<br><br>Courtroom 14B<br>Date: June 21, 2021<br>Time: 9:00 a.m.<br><br>SENTENCING SUMMARY CHART |

Grey Zamudio, by and through counsel, Leila W. Morgan and Federal Defenders of San Diego, Inc., hereby files the following sentencing summary chart in his support at the time of his sentencing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 17, 2021　　　　　*s/ Leila W. Morgan*
　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　GREY ZAMUDIO
　　　　　　　　　　　　　　　Email: Leila_Morgan@fd.org

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO: |  |
| AUSA: |  |
| DEF: | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | Grey Zamudio | Docket No. | 20cr2451-WQH |
| Attorney's Name: | Leila W. Morgan | Phone No.: | 619-234-8467 |
| Guideline Manual Used: | Nov. 2018 | Agree with USPO Calc.: | No |

Base Offense Level: (U.S.S.G. § 2K2.1)  (Drug Quantity, if Applicable) _____   18

Specific Offense Characteristics:
Number of Firearms                                                   +2
_____
_____

Adjustments:
_____
_____
_____

Adjusted Offense Level:                                              20
    ☐Combined (Mult. Counts)   ☐Career Offender   ☐Armed Career Criminal
Adjustment for Acceptance of Responsibility:                         -3
Total Offense Level:                                                 17
Criminal History Score:                                               0
Criminal History Category:                                            I
    ☐Career Offender   ☐Armed Career Criminal
Guideline Range:                                          *from:*    24
   (Range limited by: ☐Minimum Mandatory ☐Statutory Maximum) *to:*    30
Departures:
Combination of Factors                                               -3
_____
_____
_____

Adjusted Offense Level:                                              15
Resulting Guideline Range:                                *from:*    18
                                                             *to:*   24

**Recommendation:**
12 Months and 1 Day followed by 3 Years of SR