**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for
GREY ZAMUDIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>GREY ZAMUDIO,<br><br>            Defendant. | CASE NO.:  20CR2451-WQH<br><br>Hon. William Q. Hayes<br>Courtroom 14B<br>Date: June 21, 2021<br>Time: 9:00 a.m.<br><br>LETTER IN SUPPORT |
|---|---|

Grey Zamudio, by and through counsel, Leila W. Morgan and Federal Defenders of San Diego, Inc., hereby files the following letter in his support at the time of his sentencing.

                                                Respectfully submitted,

Dated:  June 17, 2021                       *s/ Leila W. Morgan*
                                                  Federal Defenders of San Diego, Inc.
                                                  Attorneys for
                                                  GREY ZAMUDIO
                                                  Email:  Leila_Morgan@fd.org

5-12-21

Dear Mrs. Morgan,

Just some more thoughts about Grey and myself.

As you already know Grey has lived alot of his life with me. I have been his loyal and caring parent and his grandparent. I come from loving parents, who were always there for me.

So that is why, I have never given up on being there for Grey.

When he was 5 yrs. old, he told me he knew I was his grandpa. But he also realized that I was like a dad to him. What a gift!

I knew that he also had a good heart.

Together we will work hard at being good people.

Yours Truly,

Robert Bender