PROB 12B  
(08/16)

March 3, 2023  
pacts id: 7079763

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Grey Zamudio (English)     **Dkt. No.:** 20CR02451-001-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, Senior U.S. District Judge

**Sentence:** Twenty-four (24) months' as to each count to run concurrently; followed by three years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** August 16, 2021

**Date Supervised Release Commenced:** March 8, 2022

**Prior Violation History:** None.

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**To Remit:**

Be monitored while under supervision with location monitoring technology at the discretion of the probation officer, which must be utilized for the purpose of verifying compliance with any court-imposed condition of supervision. The offender must pay all or part of the costs of location monitoring based on their ability to pay as directed by the court and/or probation officer.

PROB12B
Name of Offender: Grey Zamudio                                                                March 3, 2023
Docket No.: 20CR02451-001-WQH                                                                       Page 2

## CAUSE

On March 8, 2022, Mr. Zamudio's three-year term of supervised release commenced. On said date, Mr. Zamudio was placed on electronic monitoring as ordered by the Court. Mr. Zamudio was placed on Global Positioning System (GPS) to track his overall compliance with the Court imposed conditions and to monitor his overall activities within the community to ensure a limited risk to the community and himself based on is extremist views and beliefs. Mr. Zamudio has been on GPS for a total of 357 days. To date, he has remained compliance with the rules and conditions of the location monitoring program and supervision.

Since the start of supervision, Mr. Zamudio has appeared motivated, and his overall adjustment to supervision has been good.

At the start of supervision, Mr. Zamudio submitted to a mental health evaluation. The results of the assessment determined the existence of a Cannabis Use Disorder-sustained remission. Based on the outcome of the assessment, the clinician determined there was no need for treatment services.

On May 18, 2022, Mr. Zamudio was referred and admitted into the Moral Recognition Therapy (MRT) program through the U.S. Probation Office. The program is a Cognitive Behavioral Treatment (CBT) program that specifically targets moral reasoning and the influence on decision making. During the initial supervision assessment period, Mr. Zamudio's cognitions were identified as one of his primary risk factors. The assessment identified specific elevated criminogenic thinking styles, to include power orientation, entitlement, and super optimism. Mr. Zamudio participated in treatment on a weekly basis for approximately 136 days. On October 5, 2022, the undersigned attended Mr. Zamudio's graduation, and he received a certificate of successful completion. According to the treatment provider, Mr. Zamudio was an active participant, allowed his beliefs to be challenged, completed all assignments in a timely manner, and was identified as a leader who assisted others in the treatment group.

Since the start of supervision, Mr. Zamudio has maintained employment as a plumber with Combat Plumbing. He is enrolled in drug testing at the highest level. All test results have returned negative for illegal substance use.

PROB12B

| | |
|---|---|
| Name of Offender: Grey Zamudio | March 3, 2023 |
| Docket No.: 20CR02451-001-WQH | Page 3 |

Based on his favorable adjustment to probation, the above modification is requested. No Waiver of Hearing, PROB 49, is attached given the proposed modification is to the benefit of Mr. Zamudio.

Respectfully submitted:                                  Reviewed and approved:

by: _Michelle C. Pearson_                                _Crystal Tignor_
Michelle Pearson                                         Crystal Tignor
Sr. U.S. Probation Officer                               Supervisory U.S. Probation Officer
(619) 446-3827
Attachments:

bmc

---

**THE COURT ORDERS:**

✓ THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

___ OTHER _____

_____          3/6/2023
The Honorable William Q. Hayes                  Date
Senior U.S. District Judge