PROB 12C(E)  
(03/16)

October 26, 2023  
pacts id: 7079763

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Grey Zamudio (English)      **Dkt No.:** 20CR02451-001-WQH

**Reg. No.:** 95904-298

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, Senior U.S. District Judge

**Original Offense:** 26 U.S.C. §§ 5861(d), 5845(a)(3), and 5871, Possession of Unregistered Firearms (Counts One through Three), Class C felonies.

**Date of Sentence:** August 16, 2021

**Sentence:** Twenty-four months in custody (as to each count, concurrent), three years of supervised release (as to each count, concurrent) *(Special Conditions:  Refer to Judgment and Commitment Order.)*

| | |
|---|---|
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** March 8, 2022 |
| **Asst. U.S. Atty.:** Jonathan I. Shapiro | **Defense Counsel:** Leila W. Morgan (Appointed) (619) 234-8467 |

**Modification:** March 6, 2023: Location monitoring condition removed.

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO ISSUE A NO-BAIL BENCH WARRANT**

PROB12C(E)

| | |
|---|---:|
| Name of Offender: Grey Zamudio | October 26, 2023 |
| Docket No.: 20CR02451-001-WQH | Page 2 |

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| **(Mandatory Condition)**<br>Not commit another federal, state, or local crime. | 1. On or about October 26, 2023, Mr. Zamudio committed felony evading, in violation of California Vehicle Code § 2800.2, as evidenced by San Diego County Sheriff's Department Report Number 23743847.<br><br>2. On or about October 26, 2023, Mr. Zamudio committed evading: wrong side of traffic, in violation of California Vehicle Code § 2800.4, as evidenced by San Diego County Sheriff's Department Report Number 23743847. |

***Grounds for Revocation:*** As to Allegations 1 and 2, I have received and reviewed the San Diego County Sheriff's Department Report Number 23743847, which confirms the following: On October 26, 2023, a deputy with the San Diego County Sheriff's Department observed an individual, later identified as Mr. Zamudio, riding a motorcycle, and failing to signal. The deputy attempted to initiate a traffic stop, at which time Mr. Zamudio failed to yield, ran several red lights, fled at an unsafe speed, and drove on the wrong side of the rode several times. The deputy eventually located Mr. Zamudio at his place of employment, where he was arrested. The deputy advised probation that Mr. Zamudio was in possession of an empty firearm holster at the time of his arrest.

PROB12C(E)

| | |
|---|---:|
| Name of Offender: Grey Zamudio | October 26, 2023 |
| Docket No.: 20CR02451-001-WQH | Page 3 |

## VIOLATION SENTENCING SUMMARY

**JUSTIFICATION FOR BENCH WARRANT**

Given Mr. Zamudio's history of firearms offenses and his dangerous and reckless behavior as alleged herein, a bench warrant is recommended in the interest of community safety.

**RECOMMENDATION**

It is noted that the U.S. Probation Officer supervising this offender will be amending this petition expeditiously in order to provide the Court with the Violation Worksheet and information thoroughly covering the offender's supervision adjustment, personal history and characteristics, sentencing options, and the sentencing recommendation.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:  October 26, 2023**

Respectfully submitted:
JENNIFER K. WALKER
CHIEF PROBATION OFFICER

by  *[signature: Crystal Tignor]*

Crystal Tignor
Supervisory U.S. Probation Officer
(619) 409-5105

mac

PROB12C(E)

| | |
|---|---|
| Name of Offender: Grey Zamudio | October 26, 2023 |
| Docket No.: 20CR02451-001-WQH | Page 4 |

**THE COURT ORDERS:**

__X__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS. THE PETITION AND THE WARRANT WILL BE SEALED UNTIL THE OFFENDER HAS BEEN ARRESTED ON THE WARRANT AND THEN THE PETITION AND WARRANT MAY BE UNSEALED. NOTWITHSTANDING THE SEALING, A COPY OF THE PETITION AND WARRANT WILL BE GIVEN TO THE U.S. MARSHAL FOR USE BY LAW ENFORCEMENT.

_____ THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE COURT ON _____, AT _____, TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

_____ Other _____

_/s/ William Q. Hayes_  
The Honorable William Q. Hayes  
Senior U.S. District Judge

10/26/23  
Date