PROB 12B(S)  
(03/16)

February 26, 2025  
pacts id: 7079763

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

Request for Summons and Modification of the Conditions or Term of Supervision

**Name of Offender:** Grey Zamudio (English)                                **Dkt. No.:** 20CR02451-001-WQH

**Name of Sentencing Judicial Officer:** The Honorable, William Q. Hayes, Senior U.S. District Judge

**Sentence:** Ten (10) months as to violations 1-2, five (5) months as to violation 3, eight (8) months as to violation 4, all to run concurrently, and all to run consecutively to state court Case No. CE421075; followed by twenty (20) months supervision. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Revocation Sentence:** April 29, 2024

**Date Supervised Release Commenced:** December 3, 2024

**Prior Violation History:** Yes. See prior court correspondence.

## PETITIONING THE COURT

To issue a summons for a hearing to modify the conditions of supervision as follows:

Not use or possess any computer, computer-related devices (pursuant to 18 U.S.C. § 1030(e)(1)), which can communicate data via modem, dedicated connections or cellular networks, and their peripheral equipment, without prior approval by the court or the probation officer, all of which are subject to search and seizure. The offender must consent to the installation of monitoring software and/ or hardware on any computer or computer-related deices owned or controlled by the offender that will enable to probation officer to monitor all computer use and cellular data. The offender must pay for the cost of installation of the computer software.

## CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

By way of background, Mr. Zamudio was convicted of three counts of possession of unregistered firearms. Leading up to Mr. Zamudio's arrest, the Federal Bureau of Investigation (FBI) received an online tip regarding Mr. Zamudio's Facebook page. His on-line open-source media in conjunction with a review of his electronic messaging presented rhetoric seeded in threats for violence, distain for the government, and hate towards specific individuals, to include minority groups. Quotes included the need for, "vigilante militias" to "crush liberal terrorists," and noted he was, "ready to die." His violent ideologies were broadcasted and shared on YouTube, Facebook, Facebook Messenger; and text messages on his cellular device, as outlined in detail in the presentence report.

Following his release from custody in the underlying offense, the undersigned had numerous conversations with Mr. Zamudio regarding his thoughts and feelings surrounding the case, to include his motivation. When questioned as to why he was in possession of a silencer or the need for one, he responded, "so they do not hear you coming." In questioning his need for an assault rifle, he responded, "it covers more area." The undersigned asked about his text thread group, "Shadow Moses." He reported that this was his shooting group.

It should be noted, Shadow Moses is a fictional character on the on-line gaming platform Metal Gear, which is an action game that features modern military combat, set during the Cold War. It deals with the manipulation of soldiers by politicians of the East and West, countered by the concept of "Outer Heaven," a country without politics. Over the years the game has released series that focus on numerous themes to include "race" and "revenge" and the concept of conflict in human societies.

As Your Honor is aware, on October 26, 2024, Mr. Zamudio was arrested following a high-speed chase with San Diego Sheriff's Department. At the time of his arrest, he was in possession of a holster and a firearms slide. When interviewed, he stated, "he was trying to sell the holster and gun pieces online."

On February 12, 2025, Mr. Zamudio completed a mental health assessment. During the assessment, Mr. Zamudio noted his hobbies include motorcross, the gym, and guns. He reported thinking that what the federal government has done to him is unfair but stated, "Elon Musk has been exposing how corrupt the FBI is which makes me feel validated." Additionally, Mr. Zamudio said he, "has a lot of disdain for the federal government, the FBI, and his probation officer.

Mr. Zamudio has a history of using social media, messaging applications, text messaging, and other online forums to discuss, find support, and promote his extremist views. Additionally, Mr. Zamudio continues to display disdain for the government, similar to that which he exhibited leading up to his arrest in the instant offense. Further aggravating is the fact that he recently admitted an attempt to sell a holster and gun pieces online.

Given the foregoing, the undersigned recommends the condition noted above, which will allow for the probation officer to monitor the defendant's association with restricted persons, ensure he does not obtain or sell firearms, and participate in violent rhetoric or actions while under a term of supervised release.

Mr. Zamudio is not in agreement with the proposed modification; therefore, a hearing before Your Honor is recommended.

Respectfully submitted:                         Reviewed and approved:

by  *Michelle Pearson*                          *Crystal Tignor*
    Michelle Pearson                            Crystal Tignor
    Sr. U.S. Probation Officer                  Supervisory U.S. Probation Officer
    (619) 446-3827

Attachments:                                                                    bmc

---

THE COURT ORDERS:

____✓____ THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE COURT ON April 16, 2025, AT 10:30AM TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE MODIFIED.

_____ Other _____

_____                        2/27/2025
The Honorable William Q. Hayes                         Date
Senior U.S. District Judge